```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
```

| | | |
|---|---|---|
| JULIE LUFT-SIGNER, et al., | ) | CASE NO. 1:07 CV 3028 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | <u>JUDGMENT ENTRY</u> |
| CUYAHOGA COUNTY BOARD OF | ) | |
| COMMISSIONERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed.

<u>S/Christopher A. Boyko</u>
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

October 10, 2007